# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**TIMOTHY AARON LIVELEY**                                                      **PLAINTIFF**

**V.**                      **CASE NO. 3:21-CV-3023**
                     **CASE NO. 3:21-CV-3051**

**CORPORAL ANDREW HOLLIS, et al.**                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on August 4, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Mr. Liveley's first, third, and fourth claims, as stated in his Amended Complaint, are **DISMISSED WITHOUT PREJUDICE**. *See* 28 U.S.C. §1915A(b). The remaining claim for denial of medical care will proceed against Separate Defendants Steven Goode, Dalton Morrison, Eathen Raymond, and Sierra Hollis, with service to be effectuated by separate order.

**IT IS SO ORDERED** on this 23rd day of September, 2021.

                                           */s/ Timothy L. Brooks*
                                           TIMOTHY L. BROOKS
                                           UNITED STATES DISTRICT JUDGE